**FILED**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JUL 0 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| IN THE MATTER OF | § | |
| THE EXTRADITION OF | § | Misc. No. |
| CARL STEPHEN KAMINSKI | § | |

## ORDER

1: 1 3 MC - 0 0 0 29    GSA

BEFORE ME, a United States Magistrate Judge for the Eastern District of

California, personally appeared Assistant United States Attorney Michael G. Tierney, the

complainant herein, whose complaint made under oath in accordance with 18 U.S.C.

§ 3184 sets forth facts on the basis of which I find probable cause to believe that CARL

STEPHEN KAMINSKI should be apprehended and brought before this Court of the end

that the evidence of criminality may be heard and considered as provided in Title 18,

United States Code, Section 3184, and the Extradition Treaty between the United States

and Albania.

IT IS THEREFORE ORDERED that a warrant for the arrest of CARL STEPHEN

KAMINSKI be issued.

_____
GARY S. AUSTIN
United States Magistrate Judge

Date: