UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN THE MATTER OF | § | |
| THE EXTRADITION OF | § | Misc. No. |
| CARL STEPHEN KAMINSKI | § | |

**ORDER**   1: 13 MC - 00029   GSA

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Michael G. Tierney, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that CARL STEPHEN KAMINSKI should be apprehended and brought before this Court of the end that the evidence of criminality may be heard and considered as provided in Title 18, United States Code, Section 3184, and the Extradition Treaty between the United States and Albania.

IT IS THEREFORE ORDERED that a warrant for the arrest of CARL STEPHEN KAMINSKI be issued.

GARY S. AUSTIN
United States Magistrate Judge

Date: