# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO:
)
IN THE MATTER OF THE EXTRADITION OF )
CARL STEPHEN KAMINSKI )

**FILED**
JUL 0 5 2013
CLERK US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1:13 MC - 00029 - GSA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **CARL STEPHEN KAMINSKI**

Detained at (custodian): **Coalinga State Hospital in Fresno CA**

Detainee is:  a.)  ☐ charged in this district by:
    ☐ Indictment     ☐ Information     ☒ Complaint
    Charging Detainee With: **18 USC 3184 and the Tradition Treaty between the United States and Albania**

or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐ return to the custody of detaining facility upon termination of proceedings
or  b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary:* _____ in the Eastern District of California.

Signature: _____
Printed Name & Phone No: **Michael G. Tierney (559) 497-4039**
Attorney of Record for: _____United States of America_____

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings, to return said detainee to the above-named custodian.

Date 7/3/13     _____ United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | G29075    Release Dated: 3/24/2016 | DOB: | 6/1/1945 |
| Facility Address: | 24511 W. Jayne Ave. | Race: | White |
| | Coalinga, CA 93210 | FBI #: | |
| Facility Phone: | (559) 935-4300 | CNI #: | A05236935 |
| Currently Incarcerated For: | | | |

## RETURN OF SERVICE

Executed on _____ by _____

(Signature) _____

Form Crim-48                                                              Revised 11/19/97