1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone:   (559) 497-4000
   Facsimile:   (559) 497-4099
5
   Attorneys for United States of America
6

7
                    IN THE UNITED STATES DISTRICT COURT
8                      EASTERN DISTRICT OF CALIFORNIA

9

10                                              CASE NO.  1:13-MC-00029-GSA

11  IN THE MATTER OF THE EXTRADITION OF         STIPULATION AND ORDER TO CONTINUE
    CARL STEPHEN KAMINSKI                       EXTRADITION BRIEFINGS
12

13

14

15

16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  attorneys of record herein, that certain of the briefings in the above-captioned matter may be reset.

19     1) The parties propose that the Government's initial memorandum, which is currently due on
20        **Monday, October 28, 2013**, be reset to **Friday, November 1, 2013**.

21     2) The parties propose that Mr. Kaminski's response, which is currently due on **Monday,
          November 18, 2013**, be reset to **Friday, November 22, 2013**.
22
       3) The parties propose that the Government's reply and the hearing date **remain as previously set**:
23        Monday, December 2 for the reply brief, and Thursday December 5, for the hearing.
    //
24
    //
25
    //
26
    //
27
    //
28

                                               1

This continuance is requested by both parties because unexpected matters have arisen which require additional legal and factual research.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 25, 2013        By:    */s/ Michael G. Tierney*
                                      Michael G. Tierney
                                      Assistant United States Attorney


HEATHER E. WILLIAMS
Federal Defender

DATED: October 25, 2013        By:    */s/ Victor Chavez*
                                      VICTOR CHAVEZ
                                      Assistant Federal Defender
                                      Attorney for Carl Stephen Kaminski


**O R D E R**

IT IS SO ORDERED.

   Dated:   **October 28, 2013**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

2