1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone:   (559) 497-4000
   Facsimile:   (559) 497-4099
5
   Attorneys for United States of America
6

7
                IN THE UNITED STATES DISTRICT COURT
8                  EASTERN DISTRICT OF CALIFORNIA

9
                                          CASE NO.  1:13-MC-00029-GSA
10
   IN THE MATTER OF THE EXTRADITION OF    STIPULATION AND ORDER TO CONTINUE
11 CARL STEPHEN KAMINSKI                  EXTRADITION BRIEFINGS

12

13

14

15

16

17    **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 attorneys of record herein, that certain of the briefings in the above-captioned matter may be reset.

19    1) The parties propose that the Government's initial memorandum, which is currently due on
20       **Monday, October 28, 2013**, be reset to **Friday, November 1, 2013**.

21    2) The parties propose that Mr. Kaminski's response, which is currently due on **Monday,
         November 18, 2013**, be reset to **Friday, November 22, 2013**.
22
      3) The parties propose that the Government's reply and the hearing date **remain as previously set**:
23       Monday, December 2 for the reply brief, and Thursday December 5, for the hearing.

24 //

25 //

26 //

27 //

28 //

                                    1

1    This continuance is requested by both parties because unexpected matters have arisen which require
2    additional legal and factual research.

                                            Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: October 25, 2013         By:    */s/ Michael G. Tierney*
                                            Michael G. Tierney
                                            Assistant United States Attorney


                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED: October 25, 2013         By:    */s/ Victor Chavez*
                                            VICTOR CHAVEZ
                                            Assistant Federal Defender
                                            Attorney for Carl Stephen Kaminski


**O R D E R**

IT IS SO ORDERED.

   Dated:   **October 28, 2013**            **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

2