HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561

Attorney for Defendant
CARL STEPHEN KAMINSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Extradition of<br><br>CARL STEPHEN KAMINSKI | No.  1:13-MC-00029 GSA<br><br>**STIPULATION AND ORDER EXTENDING FILING DATE**<br><br>DATE:   December 5, 2013<br>TIME:    10:30 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the opposition of Mr. Kaminski presently due on November 22, 2013 **may be filed on November 25, 2013**.  All other dates remain as previously set.

This stipulation is proposed by counsel for Mr. Kaminski because he needs additional time to prepare his filing due to unforeseen circumstances.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Kaminski: Stipulation and Proposed Order                 -1-

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: November 22, 2013 |   | By: | */s/ Michael G. Tierney*<br>MICHAEL G. TIERNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: November 22, 2013 |   | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>CARL STEPHEN KAMINSKI |

**O R D E R**

**IT IS SO ORDERED.**

DATED: November 22, 2013                    /s/ Gary S. Austin
                                                                    UNITED STATES MAGISTRATE JUDGE