1  HEATHER E. WILLIAMS, #122664
Federal Defender
2  VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
3  Designated Counsel for Service
2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
Telephone: 559-487-5561
5
Attorney for Defendant
6  CARL STEPHEN KAMINSKI

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of Extradition of        )  No.  1:13-MC-00029 GSA
                                           )
12  CARL STEPHEN KAMINSKI                  )  **STIPULATION AND ORDER EXTENDING
                                           )  FILING DATE**
13                                         )
                                           )  DATE:   December 5, 2013
14                                         )  TIME:    10:30 a.m.
                                           )  JUDGE: Hon. Stanley A. Boone
15                                         )
                                           )
16  _____       )

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their

19  respective counsel that the opposition of Mr. Kaminski presently due on November 22, 2013

20  **may be filed on November 25, 2013**.  All other dates remain as previously set.

21       This stipulation is proposed by counsel for Mr. Kaminski because he needs additional

22  time to prepare his filing due to unforeseen circumstances.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Kaminski: Stipulation and Proposed Order          -1-

1

2

Respectfully submitted,

3

BENJAMIN B. WAGNER
United States Attorney

4     DATED: November 22, 2013          By:    */s/ Michael G. Tierney*_____ _____
                                               MICHAEL G. TIERNEY

5                                              Assistant United States Attorney
                                               Attorney for Plaintiff

6
                                               HEATHER E. WILLIAMS
7                                              Federal Defender

8     DATED: November 22, 2013          By:    /s/ *Victor M. Chavez*_____ _____
                                               VICTOR M. CHAVEZ

9                                              Assistant Federal Defender
                                               Attorney for Defendant
10                                             CARL STEPHEN KAMINSKI

11

12

13

14
                                    **O R D E R**
15

16          **IT IS SO ORDERED.**

17    DATED: November 22, 2013                 /s/ Gary S. Austin
                                               UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

Kaminski: Stipulation and Proposed Order          -2-