# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARL STEPHEN KAMINSKI,<br><br>Defendant. | Case No. 1:13-mc-00029-GSA<br><br>ORDER APPROVING STIPULATION TO EXTEND TIME<br><br>ECF NO. 35 |

On April 1, 2014, the parties in this action filed a stipulation to continue the briefing schedule and schedule a further status conference. The Court approves the stipulation. Accordingly, it is HEREBY ORDERED that:

1. The briefs currently set for April 4 and 17 are suspended until further order of this Court; and

2. The Court schedules a status conference on Wednesday, May 21, 2014 at 9:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone to consider the impact of further submissions by the Republic of Albania.

IT IS SO ORDERED.

Dated:   **April 2, 2014**

UNITED STATES MAGISTRATE JUDGE

1