BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:     (559) 497-4000
Facsimile:      (559) 497-4099

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF
CARL STEPHEN KAMINSKI

CASE NO. 1:13-MC-00029-GSA

STIPULATION AND ORDER TO CONTINUE EXTRADITION BRIEFINGS

**BACKGROUND**

On April 2, 2014, the Court approved the parties' request to 1) suspend a previously-ordered briefing schedule related to probable cause issues and 2) set a status conference during the final two weeks of May. The Court set the status conference for May 21, 2014 at 9:00 a.m.

Following the Court's order, Government counsel worked with representatives of the U.S. State Department, the Justice Department's Office of International Affairs (OIA), and Albanian Foreign Ministry and Justice officials to determine whether Albania wished to submit additional materials relating to the age of the minor victims at the time of the abuse. As a result of these initial contacts, Government counsel, as well as U.S. State and Justice Department personnel, were able to engage in an extended conversation on May 13, 2014 with the local Albanian prosecutor assigned to Kaminski's case, Vladimir Mara, Esq.

Mara offered to submit documentation clarifying the ages of the minor victims at the time of Kaminski's abuse. However, he indicated that he would not be authorized to send such documentation without a formal request from the United States sent through the Albanian Foreign Ministry to the Albanian Ministry of Justice.

The OIA attorney assigned to this matter transmitted that request on May 14, 2014. He has advised Government counsel that responses to such requests usually take four to five weeks.

1  Accordingly, the Government proposes that the status conference currently set for May 21, 2014 be
2  continued until the week of June 23, 2014, at a time convenient to the Court.
3  Government counsel spoke with Kaminski's counsel on May 16, 2014, and Kaminski's counsel
4  agrees to a continuation of the status conference until the week of June 23.
5  //
6  //
7  //
8  //
9  //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference currently set for May 21, 2014 be continued to June 25, 2014 at 9:00 a.m. before Magistrate Judge Stanley A. Boone.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 16, 2014        By:   /s/ Michael G. Tierney
                                 Michael G. Tierney
                                 Assistant United States Attorney


HEATHER E. WILLIAMS
Federal Defender

DATED: May 16, 2014        By:   /s/ Victor Chavez
                                 VICTOR CHAVEZ
                                 Assistant Federal Defender
                                 Attorney for Carl Stephen Kaminski

**O R D E R**

IT IS SO ORDERED.

Dated:   **May 19, 2014**

UNITED STATES MAGISTRATE JUDGE