IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF CARL STEPHEN KAMINSKI | CASE NO.  1:13-MC-00029-GSA<br><br>ORDER DISMISSING EXTRADITION COMPLAINT WITHOUT PREJUDICE |

Pursuant to the Government's September 9, 2014, Motion to Dismiss,

IT IS HEREBY ORDERED:

1     That the Complaint dated July 5, 2013 be **DISMISSED** without prejudice.

2     The arrest warrant and writ of habeas corpus relating to Mr. Kaminski be **RECALLED**.

3     Mr. Kaminski will be returned to the custody of the State of California at Coalinga State Hospital.

IT IS SO ORDERED.

Dated:    **September 10, 2014**

UNITED STATES MAGISTRATE JUDGE

1